# United States District Court
## Southern District of Georgia

| | |
|---|---|
| XEROX CORPORATION | Case No. CV205-175 |
| Plaintiff | |
| v. | Appearing on behalf of |
| LONG COUNTY BOARD OF EDUCATION and LONG COUNTY SCHOOL DISTRICT | XEROX CORPORATION |
| Defendants | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 15th day of Sept., 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Marion B. Stokes

**Business Address:** Stokes Lazarus & Carmichael LLP
*Firm/Business Name*

80 Peachtree Park Drive, N.E.
*Street Address*

Atlanta    GA    30309
*Street Address (con't)   City   State   Zip*

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| 404-352-1465 | 683500 |
| Telephone Number (w/ area code) | Georgia Bar Number |