# United States District Court
## Southern District of Georgia

XEROX CORPORATION
Plaintiff

v.

LONG COUNTY BOARD OF EDUCATION
and LONG COUNTY SCHOOL DISTRICT
Defendants

Case No. CV205-175

Appearing on behalf of

XEROX CORPORATION
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 15th day of Sept., 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Marion B. Stokes

**Business Address:** Stokes Lazarus & Carmichael LLP
Firm/Business Name

80 Peachtree Park Drive, N.E.
Street Address

Atlanta    GA    30309
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2          City, State, Zip
404-352-1465            683500
Telephone Number (w/ area code)    Georgia Bar Number