# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| XEROX CORPORATION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| LONG COUNTY SCHOOL DISTRICT, LONG COUNTY BOARD OF EDUCATION, and ROBERT CAGLE, in his individual capacity, | : | |
| | : | |
| Defendants. | | NO. CV205-175 |

## O R D E R

Plaintiff, Xerox Corporation, filed the above-captioned case against Defendants, Long County School District and Long County Board of Education, asserting breach of contract claims. Defendants filed a breach of contract counterclaim against Plaintiff.

Presently before the Court are the parties' motions to dismiss. After Defendants moved to dismiss Plaintiff's complaint, Plaintiffs filed an amended complaint. See Dkt. Nos. 10, 11, 23, 30, 31, 41, & 50. Likewise, after Plaintiff

AO 72A
(Rev. 8/82)

moved to dismiss Defendants' counterclaim, Defendants filed an amended counterclaim. See Dkt. Nos. 15, 24, & 45.

In light of the subsequent amended complaint and counterclaim, the parties' motions to dismiss are **DISMISSED** as moot. See Dkt. Nos. 10, 11, 15, 23, 30, & 31.

**SO ORDERED**, this 12th day of December, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA