County School District, Long County Board of Education, Robert Cagle, Clyde D. Golden, Emma L. Strickland, Florence D. Baggs, Linda DeLoach, and Billy W. Hall, and mutually dismiss with prejudice all claims and counterclaims filed in the above case. Each party shall bear its own costs, except the Long County School District will pay December 10, 2006, in Cagle's costs, on or before.

This 11th day of November, 2006.

Consented to by:

STOKES LAZARUS & CARMICHAEL LLP

By: _____
Marion B. Stokes
Georgia Bar No. 683500
Rachel A. Humphrey
Georgia Bar No. 205899
Attorneys for Plaintiff
Admitted *Pro Hac Vice*
80 Peachtree Park Drive, N.E.
Atlanta, Georgia 30309
Ph. (404) 352-1465
Fax: (404) 352-1465
SLC File No. 05-1831

Approved: this 19th day of December, 2006.

_____
Judge US District Court
Southern District of Georgia

PHIILLIPS AND KITCHINGS

By: *Richard D. Phillips*
Richard D. Phillips
Georgia Bar No. 57660
Attorneys for Defendants Long County Board of Education, Long County School District, Clyde D. Golden, Emma L. Strickland, Florence D. Baggs, Linda DeLoach, and Billy W. Hall

Post Office Box 69
27 S. McDonald Street
Ludowici, Georgia 31316
Ph. (912) 545-2191


JONES, OSTEEN & JONES

By: *Billy Jones*
Billy Jones
Georgia Bar No. 398800
Attorneys for Defendant Robert Cagle

P.O. Box 800
Hinesville, GA 31310
Ph. (912) 977-0606



ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| XEROX CORPORATION,  )<br>  )<br>       Plaintiff,  )<br>  )<br>VS.  )<br>  )<br>LONG COUNTY SCHOOL  )<br>DISTRICT and LONG COUNTY  )<br>BOARD OF EDUCATION,  )<br>ROBERT CAGLE, in his individual  )<br>capacity, CLYDE D. GOLDEN, in  )<br>his representative capacity as a  )<br>member of the Long County Board  )<br>of Education, EMMA L.  )<br>STRICKLAND, in her representative )<br>capacity as a member of the Long  )<br>County Board of Education,  )<br>FLORENCE D. BAGGS, in her  )<br>representative capacity as a  )<br>member of the Long County Board  )<br>of Education, LINDA DELOACH,  )<br>in her representative capacity as a  )<br>member of the Long County Board  )<br>of Education, BILLY W. HALL,  )<br>in his representative capacity as a  )<br>member of the Long County Board  )<br>of Education,  )<br>  )<br>       Defendants.  ) | CIVIL ACTION<br><br>FILE NO. CV2005-175 |

## MUTUAL DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Xerox Corporation, and Defendants, Long